**No. 09-1111. City of Los Angeles, California, et al., Petitioners v. Kern County, California, et al.**

560 U.S. 939, 130 S. Ct. 3355, 176 L. Ed. 2d 1245, 2010 U.S. LEXIS 4411.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 581 F.3d 841.